IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA	Date:	April 4, 2017

vs.	Case No.: 13-4051-11-CR-C-BCW

Carlos D. Griffin

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 1:55 pm**	**Time Terminated: 2:15 pm**

APPEARANCES

**Plaintiff's counsel:** Jim Lynn, AUSA
**Defendant's counsel:** Nimrod T. Chapel, Jr.
**Probation officer:** Sam Casey

| | |
|---|---|
| 1:55 pm | PROCEEDINGS IN COURTROOM: Above parties present. Court accepts plea of guilty and adjudication of guilt. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Government orally moves for motion and court grants motion. Counsel makes sentence recommendations. Defendant accorded allocution. |
| 2:11 pm | SENTENCE: Defendant sentenced to 5 years probation with standard, mandatory and special conditions along with newly added special condition of 100 hours of community service. FINE: waived; MSA: $100. Dft advised of right to appeal. |

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** T. Lock